| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Trans Court)* |
|---|---|---|
| | | 0754 3:21CR30148-008 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00089-GMN-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Nyeshia Anderson<br>Las Vegas, NV<br><br>☑ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>APR 03 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | Southern District Of Illinois | East St. Louis |
| | NAME OF SENTENCING JUDGE | |
| | David W. Dugan, U.S. District Judge | |
| | DATES OF PROBATION/ FROM | TO |
| | SUPERVISED RELEASE  March 17, 2025 | March 17, 2028 |

**OFFENSE**

21 USC § 846 Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance: Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Prosocial ties

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 1, 2025 _____ /s/ David W. Dugan _____
DATE                                                UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 8, 2025 _____ /s/ _____
DATE                                                UNITED STATES DISTRICT JUDGE

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Nyeshia Anderson

Case No.: TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

TO:   United States District Judge

On August 23, 2023, Anderson was sentenced in the Southern District of Illinois by the Honorable David W. Dugan to 32 months custody followed by 3 years supervised release for committing the offense of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance: Methamphetamine. Anderson is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of her supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge David W. Dugan, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.04.03 14:15:39 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.04.02 16:34:16 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer